MARTIN E. ROSEN (SBN 108998)
mrosen@hinshawlaw.com
RICHARD B. HOPKINS II (SBN 190108)
rhopkins@hinshawlaw.com
HINSHAW & CULBERTSON LLP
633 West 5th Street, 47th Floor
Los Angeles, CA 90071-2043
Telephone:  213-680-2800
Facsimile:  213-614-7399

Attorneys for Plaintiff
WILCO LIFE INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILCO LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>AMOR M. IPADO, an individual, LYANNA PILLAZAR, an individual, NELSON LASAT, an individual, ENRIQUITO PILLAZAR, an individual, CONCEPSION PILLAZAR, an individual, LALAINE PILLAZAR, an individual, AND DOES 1 THROUGH 10,<br><br>Defendants. | Case No. 4:17-cv-00341-HSG<br><br>(Honorable Haywood S. Gilliam, Jr.)<br><br>**STIPULATION AND ORDER SELECTING ADR PROCESS**<br><br>Complaint Filed:  January 23, 2017<br>Discovery Cut-off:  Not Set<br>Motion Cut-off:  Not Set |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

   _X_   **Early Neutral Evaluation (ENE)** (ADR L.R. 5)

   ___   **Mediation** (ADR L.R. 6)

   ___   **Private ADR** (*specify process and provider*)

The parties agree to hold the ADR session by:

   _X_   the presumptive deadline (*90 days from the date of the order referring the case to*

1
STIPULATION AND ~~[PROPOSED]~~ ORDER SELECTING ADR PROCESS
Case No. 4:17-cv-00341-HSG
36272256v1 0989250

**HINSHAW & CULBERTSON**
633 West 5th Street, 47th Floor
Los Angeles, CA 90071-2043
213-680-2800

*ADR, unless otherwise ordered.)*

___ other requested deadline:

DATED: _____  HINSHAW & CULBERTSON LLP

By: _____
MARTIN E. ROSEN
RICHARD B. HOPKINS II
Attorneys for Plaintiff
Wilco Life Insurance Company

DATED: _____  MANNION & LOWE

By: _____
KELLY M. MANNION
Attorneys for Defendants
Lyanna Pillazar, Enriquito Pillazar, Concepcion Pillazar, and Lalaine Pillazar

DATED: _____  SACRAMENTO & FORAN, INC.

By: _____
JOSEPH A. SACRAMENTO
Attorneys for Defendants
Nelson Lasat and Amor M. Ipado

IT IS SO ORDERED.

DATED: April 14, 2017

_____
U.S. DISTRICT JUDGE

**HINSHAW & CULBERTSON**
633 West 5th Street, 47th Floor
Los Angeles, CA 90071-2043
213-680-2800