MARTIN E. ROSEN (SBN 108998)
mrosen@hinshawlaw.com
RICHARD B. HOPKINS II (SBN 190108)
rhopkins@hinshawlaw.com
Hinshaw & Culbertson LLP
633 West 5th Street, 47th Floor
Los Angeles, CA 90071-2043
Telephone: 213-680-2800
Facsimile: 213-614-7399

Attorneys for Plaintiff
WILCO LIFE INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILCO LIFE INSURANCE COMPANY, <br><br> Plaintiff, <br><br> vs. <br><br> AMOR M. IPADO, an individual, LYANNA PILLAZAR, an individual, NELSON LASAT, an individual, ENRIQUITO PILLAZAR, an individual, CONCEPSION PILLAZAR, an individual, LALAINE PILLAZAR, an individual, AND DOES 1 THROUGH 10, <br><br> Defendants. | Case No. 4:17-cv-00341-HSG <br><br> (Honorable Haywood S. Gilliam, Jr.) <br><br> **ORDER GRANTING REQUEST TO APPEAR BY PHONE AT CASE MANAGEMENT CONFERENCE** <br><br> Case Management Conference: April 25, 2017 <br> 2 p.m. <br><br> Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA <br><br> Complaint Filed: January 23, 2017 <br> Discovery Cut-off: Not Set <br> Motion Cut-off: Not Set |

[PROPOSED] ORDER RE APPLICATION TO APPEAR BY PHONE AT CASE MANAGEMENT CONFERENCE
Case No. 4:17-cv-00341-HSG
36275408v1 0989250

HINSHAW & CULBERTSON
633 West 5th Street, 47th Floor
Los Angeles, CA 90071-2043
213-680-2800

Good cause being shown, the Court grants the request of Counsel for Plaintiff Wilco Life Insurance Company ("Wilco") to appear by telephone at the Case Management Conference scheduled for April 25, 2017. Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

**IT IS SO ORDERED.**

Dated: 4/21/2017

*Haywood S. Gill, Jr.*
UNITED STATES DISTRICT JUDGE

**HINSHAW & CULBERTSON**
633 West 5th Street, 47th Floor
Los Angeles, CA 90071-2043
213-680-2800