MARTIN E. ROSEN (SBN 108998)
mrosen@hinshawlaw.com
RICHARD B. HOPKINS II (SBN 190108)
rhopkins@hinshawlaw.com
HINSHAW & CULBERTSON LLP
633 West 5th Street, 47th Floor
Los Angeles, CA 90071-2043
Telephone: 213-680-2800
Facsimile: 213-614-7399

Attorneys for Plaintiff
Wilco Life Insurance Company

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILCO LIFE INSURANCE COMPANY, | Case No. 4:17-cv-00341-HSG |
| Plaintiff, | (Honorable Haywood S. Gilliam, Jr.) |
| vs. | **[PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE [FRCP 41(A)(1)]** |
| AMOR M. IPADO, an individual, LYANNA PILLAZAR, an individual, NELSON LASAT, an individual, ENRIQUITO PILLAZAR, an individual, CONCEPSION PILLAZAR, an individual, LALAINE PILLAZAR, an individual, AND DOES 1 THROUGH 10, | Complaint Filed: January 23, 2017<br>Discovery Cut-off: Not Set<br>Motion Cut-off: Not Set |
| Defendants. | |

[PROPOSED] ORDER GRANTING STIPULATION
FOR DISMISSAL OF ACTION WITH PREJUDICE
[FRCP 41(A)(1)]
Case No. 4:17-cv-00341-HSG
300152542v1 0989250

HINSHAW & CULBERTSON LLP
633 West 5th Street, 47th Floor
Los Angeles, CA 90071-2043
213-680-2800

# [~~PROPOSED~~] ORDER

Pursuant to the stipulation of the parties, the above-entitled action is hereby dismissed in its entirety with prejudice. Each party shall bear his, her or its own attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED: July 7, 2017

HAYWOOD S. GILLIAM, JR.
United States District Court Judge for the
Northern District of California

1

[~~PROPOSED~~] ORDER GRANTING STIPULATION
FOR DISMISSAL OF ACTION WITH PREJUDICE
[FRCP 41(A)(1)]
Case No. 4:17-cv-00341-HSG
300152542v1 0989250

HINSHAW & CULBERTSON LLP
633 West 5th Street, 47th Floor
Los Angeles, CA 90071-2043
213-680-2800